1  LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
   Leonard Tachner, Esq. (State Bar No. 058436)
2  17961 Sky Park Circle, Suite 38-E
   Irvine, California 92614-6364
3  (949) 752-8525 Telephone
   (949) 955-2415 Telefax
4  E-MAIL: ltachner@aol.com

5  Attorney for Plaintiffs

## FEDERAL DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUBBE AND ZAYDE'S PLACE, INC., A CALIFORNIA CORPORATION, AND BONNIE CURKIN, AN INDIVIDUAL | ) C 07 4714 PVT ) ) Plaintiff's Request For |
| Plaintiffs, | ) Dismissal With Prejudice ) Under FRCP Rule 41(a)(1)(i) |
| vs. | ) ) |
| BUBBIE AND ZADIE'S HOUSE, INC., A CALIFORNIA CORPORATION, AND CARY KOPSTEIN AND MANNY KOPSTEIN, INDIVIDUALS | ) ) ) ) |
| Defendants. | ) ) ) ) ) |

In view of an executed written Agreement between all Plaintiffs and all Defendants in this Action, in which the parties agreed to dismiss all causes of action herein in consideration of their respective mutual covenants, the Plaintiffs herein hereby dismiss this Action in its entirety with prejudice under FRCP Rule 41(a)(1)(i).

Respectfully Submitted,

1
2   Dated:_11/02/07            /s/_____
3                                      Leonard Tachner
                                       Counsel for Plaintiffs
                                       BUBBE AND ZAYDE'S PLACE, INC. AND
                                       BONNIE CURKIN
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28